# IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE RONALD LEBLANC,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80136

FILED

MAR 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because it appeared from this court's preliminary review that the notice of appeal was untimely filed, *see Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court), on December 13, 2019, this court entered an order directing appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant's counsel filed a response on February 14, 2020, wherein counsel concedes that this court lacks jurisdiction to entertain this appeal. Accordingly, based on this court's review of the documents before this court and counsel's response, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-09010

cc: Hon. Michelle Leavitt, District Judge
Sanft Law, P.C.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Wayne Ronald LeBlanc

SUPREME COURT
OF
NEVADA

(O) 1947A